port the majority's conclusion that the Commonwealth's case against Appellant was not, in material part, character and propensity based.

■

**1212 LUDLOW LP, Respondent**

v.

**Robert DUNCAN, Petitioner.**

Supreme Court of Pennsylvania.

March 4, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 4th day of March, 2014, the Emergency Petition to Stay Writ of Possession is hereby DENIED.

■

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Kenneth R. KLINE, Respondent.**

Supreme Court of Pennsylvania.

March 5, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 5th day of March, 2014, the Petition for Allowance of Appeal is **GRANTED,** the portion of the Superior Court's order which vacated Respondent's judgment of sentence with regard to his conviction for conspiracy to commit third-degree murder is **VACATED,** and the matter is **REMANDED** to the Superior Court for reinstatement of Respondent's judgment of sentence for conspiracy to commit third-degree murder pursuant to *Commonwealth v. Fisher, et al.,* —— Pa. ——, 80 A.3d 1186 (2013).

■

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Terry David KLINE, Jr., Respondent.**

Supreme Court of Pennsylvania.

March 5, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of March, 2014, the Petition for Allowance of Appeal is **GRANTED,** the portion of the Superior Court's order which vacated Respondent's judgment of sentence with regard to his conviction for conspiracy to commit third-degree murder is **VACATED,** and the matter is **REMANDED** to the Superior Court for reinstatement of Respondent's judgment of sentence for conspiracy to commit third-degree murder pursuant to *Commonwealth v. Fisher, et al.,* —— Pa. ——, 80 A.3d 1186 (2013).

**COMMONWEALTH of Pennsylvania,**
Respondent

v.

**Larry Francis WEAVER, Petitioner.**

Supreme Court of Pennsylvania.

March 5, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of March, 2014, the Petition for Allowance of Appeal is

**GRANTED.** The issue as stated by petitioner is:

(1) Whether horizontal gaze nystagmus (HGN) field sobriety test results, which have been deemed to be scientific evidence under Pennsylvania precedent, are [in]admissible at a suppression hearing for lack of probable cause to arrest for driving under the influence absent any admission of foundation evidence presented to show that the HGN test is generally accepted in the scientific community.

**AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 87,**
Petitioner

v.

**PENNSYLVANIA LABOR RELATIONS BOARD,**
Respondent

**Luzerne County, Intervenor.**

Supreme Court of Pennsylvania.

March 5, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of March, 2014, the Petition for Allowance of Appeal is